ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
*JUDGE CASTEL*

**13 CIV 7319**

ARJENT LLC and ROBERT P. DEPALO,

        Plaintiffs,

-against-

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

        Defendant.

Case No.
*ECF Case*

**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**

    PLEASE TAKE NOTICE that upon the annexed affidavit of Andrew J. Goodman, duly sworn October 16, 2013, and the exhibits attached thereto, the affidavit of Joshua Gladtke, duly sworn October 16, 2013, and the exhibits attached thereto, the Declaration of Michael Scott Ankers, duly sworn October 14, 2013, the Complaint, and all the prior papers and proceedings in this action, the undersigned will move this Court on a date to be set by the Court, for an Order, pursuant to Rule 65 of the <u>Federal Rules of Civil Procedure</u>, for a preliminary injunction suspending the investigation of the United States Securities and Exchange Commission into Plaintiffs Arjent, LLC and Robert DePalo, and various other entities, pending final resolution of Plaintiffs' claims in this action.

    PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 6.1(b) of the Local Civil Rules of this Court, all papers in opposition to this motion shall be served so that they are received by the undersigned within 14 days of service hereof.

Dated: New York, New York
       October 16, 2013

NY_DOCS:619404.1

GARVEY SCHUBERT BARER

By: _____
Andrew J. Goodman, Esq. (AG-3406)
Ella Aiken, Esq. (EA-4861)
Malcolm Seymour, Esq. (MS-3107)
*Attorneys for Plaintiffs*
100 Wall Street, 20th Floor
New York, NY 10005
(212) 965-4534 AJG
agoodman@gsblaw.com