

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

November 20, 2013

<u>By ECF</u>

The Honorable Kevin P. Castel
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    <u>Arjent LLC et al. v. SEC</u>, 13 civ. 7319 (KPC) (S.D.N.Y.)

Dear Judge Castel:

      We represent the Securities and Exchange Commission in the above-captioned matter. In light of the Court's November 18, 2013 order, we respectfully request that the Court consider the Commission's opposition to Plaintiffs' motion for a preliminary injunction also as a motion to dismiss under Federal Rules of Civil Procedure 12(b)(1) and (6). We do not seek additional briefing at this time and apologize for any confusion or inconvenience our pre-motion letter of November 18, 2013 caused.

                                            Respectfully submitted,

                                            Melinda Hardy

                                            Sarah Hancur

cc:     Andrew J. Goodman, Esq. (by email)